USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSHUA ADAMS,

                      Plaintiff,

          -against-

VIDEO STORYBOARD TESTS, INC.; and
PUAR, LLC,

                      Defendants.
-----------------------------------------------------------------X

1:23-cv-07952-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated September 12, 2023, Dkt. No. 5, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than December 4, 2023. The Court has not received the proposed case management plan. The parties are directed to comply with the Court's September 12 order forthwith and in any event no later than December 8, 2023.

      Plaintiff is directed to serve a copy of this order on all Defendants and retain proof of service.

      SO ORDERED.

Dated: December 6, 2023
New York, New York

                                        GREGORY H. WOODS
                                        United States District Judge